```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 03793
    HERBERT N TROTTER
    MICHELLE D TROTTER                    CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
    SSN XXX-XX-9984     SSN XXX-XX-8367


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/20/08 .

    2.  The case was dismissed without confirmation, 05/23/2008.

------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                           PAID        PAID
------------------------------------------------------------------------
LASALLE BANK               CURRENT MORTG         .00          .00         .00
LASALLE BANK               MORTGAGE ARRE  NOT FILED           .00         .00
SALVADOR GARCIA            SECURED              .00          .00         .00
DRIVE FINANCIAL SERVICES   SECURED VEHIC        .00          .00         .00
KENDALL COUNTY COLLECTOR   SECURED              .00          .00         .00
AMERICAN COLLECTION        UNSECURED      NOT FILED           .00         .00
BLOOMINGDALES              UNSECURED      NOT FILED           .00         .00
COLLECTION PROFESSIONALS   UNSECURED      NOT FILED           .00         .00
CREDIT PROTECTION ASSOC    UNSECURED      NOT FILED           .00         .00
CREDITORS DISCOUNT & AUD   UNSECURED      NOT FILED           .00         .00
ER SOLUTIONS INC           UNSECURED      NOT FILED           .00         .00
FIRST PREMIER BANK         UNSECURED      NOT FILED           .00         .00
GLOBAL PAYMENTS            UNSECURED      NOT FILED           .00         .00
HSBC                       UNSECURED      NOT FILED           .00         .00
IC SYSTEMS                 UNSECURED      NOT FILED           .00         .00
LORD & TAYLOR              UNSECURED      NOT FILED           .00         .00
MACYS CREDIT SERVICE       UNSECURED      NOT FILED           .00         .00
MIDLAND CREDIT MGMT        UNSECURED      NOT FILED           .00         .00
NCO FINANCIAL SYSTEMS      UNSECURED      NOT FILED           .00         .00
PARK DANSAN                UNSECURED      NOT FILED           .00         .00
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                           PAID        PAID

PROFESSIONAL MANAGEMENT    UNSECURED      NOT FILED           .00         .00
SKYTEL                     UNSECURED      NOT FILED           .00         .00
TORRES CREDIT SERVICES     UNSECURED      NOT FILED           .00         .00
US DEPT OF EDUCATION       UNSECURED      NOT FILED           .00         .00
WEST ASSET MANAGEMENT      UNSECURED      NOT FILED           .00         .00
         Summary of disbursements:
------------------------------------------------------------------------
                 SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00           .00         .00           .00
PRINCIPAL PAID        .00         .00           .00         .00           .00
```

```
INTEREST PAID                    .00          .00          .00          .00          .00
TOTAL PAID                       .00          .00          .00          .00          .00
```

The Debtor's attorney, RICHARDSON STASKO BOYD & MACK , was allowed $   3500.00
and was paid $   1500.00  direct and $        .00  through the plan.

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


```
    Dated: 08/20/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE
```

                                PAGE   2
        CASE NO. 08 B 03793 HERBERT N TROTTER & MICHELLE D TROTTER